UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED; GIANNI VERSACE, S.R.L.; HERMÈS INTERNATIONAL; LOUIS VUITTON MALLETIER; and MICHAEL KORS, L.L.C.,

               Plaintiffs,

-against-

VARIOUS JOHN DOES, JANE DOES, and XYZ COMPANIES,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2023

23-cv-7780 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      On September 14, 2023, the Court held a preliminary injunction hearing in this matter. Plaintiffs appeared through counsel. Defendants did not appear. Plaintiffs notified the Court of a successful seizure, executed on September 7, 2023, of allegedly counterfeit merchandise bearing Plaintiffs' registered trademarks at one of the locations specified in the Complaint and authorized in the Court's Seizure Order dated September 1, 2023: 213 West 35th Street, Room 306, New York, NY 10001. Plaintiffs further notified the Court that a copy of the Summons, Complaint, Seizure Order, and Declaration of Counsel were left with an unidentified Defendant at that location. Plaintiffs were unable to execute seizures at the three remaining locations specified in the Complaint and authorized in the Seizure Order. IT IS HEREBY ORDERED:

1. Plaintiffs shall submit to the Court a revised proposed Temporary Restraining Order, extending the Temporary Restraining Order presently in place for a period of 14 days, as to the 213 West 35th Street location at which a seizure was executed on September 7, 2023. *See* Fed. R. Civ. P. 65(b)(2). The Temporary Restraining Order presently in place as to the three remaining locations specified in the Complaint and authorized in

the Seizure Order shall not be extended.  Plaintiffs may renew their application for a Temporary Restraining Order as to the three remaining locations at an appropriate time.

2. Within 13 days of the issuance of the extended Temporary Restraining Order, Plaintiffs shall submit a status letter updating the Court as to their efforts to identify the Defendants associated with the 213 West 35th Street location.

3. The docket shall be unsealed as to all future filings, and Plaintiffs shall move for leave to file future documents under seal.

4. Plaintiffs shall file on the public docket a version of the Complaint that is redacted only as to the addresses of the three locations at which a seizure was not executed.  Plaintiffs shall continue efforts to serve the Defendants at the three remaining locations with a Summons and the Complaint.

5. Plaintiffs' motion for a preliminary injunction is DENIED without prejudice.  Plaintiffs may renew their motion for a preliminary injunction following the expiration of the extended Temporary Restraining Order.

**SO ORDERED.**

Date:  September 14, 2023
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**